IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB SANCHEZ,

      Plaintiff,

v.                                                           CV No. 19-196 RB/CG

ISAIAH BAKER, et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on Defendant Isiah Baker's *Unopposed Motion to Stay Discovery on the Basis of Qualified Immunity*, (Doc. 31), filed July 25, 2019. In his Motion, Mr. Baker asks the Court to stay discovery proceedings in this case until the Court has resolved his *Motion for Summary Judgment*, (Doc. 29). (Doc. 31 at 1). Mr. Baker explains a stay in this case is needed "before he assumes the burdens of discovery and litigation," in the event that his *Motion for Summary Judgment* is granted by the Court. *Id.* Importantly, Plaintiff Jacob Sanchez does not oppose Mr. Baker's request to stay discovery. (Doc. 31).

The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Isiah Baker's *Unopposed Motion to Stay Discovery on the Basis of Qualified Immunity*, (Doc. 31), is **GRANTED** and the proceedings in this case are stayed pending resolution of Mr. Baker's *Motion for Summary Judgment*, (Doc. 29).

**IT IS FURTHER ORDERED** that the *Order Setting Telephonic Status Conference*, (Doc. 19), and the Telephonic Status Conference set for August 12, 2019

at 2:00 p.m. are **VACATED**. The Court will reset the status conference after disposition of Mr. Sanchez' *Motion for Summary Judgment*, (Doc. 29).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE