IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB SANCHEZ,

    Plaintiff,

v.                                                   CV No. 19-196 RB/CG

ISAIAH BAKER, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE AND JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record and the presiding judge's *Memorandum Opinion and Order*, (Doc. 44), filed April 29, 2020.

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on **June 9, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that counsel shall submit a Joint Status Report, outlining any additional discovery needed and the parties' amenability to conducting a Zoom Settlement Conference, no later than **June 2, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE