IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB SANCHEZ,

    Plaintiff,

v.                                                                CV No. 19-196 RB/CG

ISAIAH BAKER, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** came before the Court on the Court's *Order setting Telephonic Status Conference and Joint Status Report* (the "Order"), (Doc. 45), filed May 1, 2020. In the Order, the Court directed the parties to submit a Joint Status Report "outlining any additional discovery needed and the parties' amenability to conducting a Zoom Settlement Conference." (Doc. 45 at 1). The Joint Status Report was due no later than June 2, 2020. To date, the Joint Status Report has not been filed.

**IT IS THEREFORE ORDERED** that counsel shall submit the Joint Status Report with an explanation as to why they did not comply with the Court's May 1, 2020, Order. Counsel shall submit the Joint Status Report no later than **June 8, 2020**. Further failure to comply with Court Orders may result in sanctions.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE