IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB SANCHEZ,

                                                                               No. CV 19-196 RB/CG

    Plaintiff,

v.

ISAIAH BAKER, et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING DEFENDANTS' INTERLOCUTORY APPEAL

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Stay Proceedings Pending Defendants' Interlocutory Appeal* (the "Motion"), (Doc. 53), filed June 4, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that further discovery in this matter is stayed pending resolution of Defendants' interlocutory appeal. *See* (Doc. 46) (Defendants' Notice of Appeal).

**IT IS SO ORDERED**.

                                                        THE HONORABLE CARMEN E. GARZA
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE