IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB SANCHEZ,

    Plaintiff,

No. CV 19-196 RB/CG

v.

ISAIAH BAKER, et al.,

    Defendants.

### ORDER GRANTING MOTION TO VACATE STATUS CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Joint Motion to Vacate the Status Conference set for June 9, 2020* (the "*Motion*"), (Doc. 54), filed June 4, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**. The Status Conference scheduled for **June 9, 2020**, is hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE