# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JACOB SANCHEZ,

    Plaintiff,

v.

No. CV 19-196 RB/CG

ISAIAH BAKER, et al.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Stay Proceedings Pending Defendants' Interlocutory Appeal*, (Doc. 53), filed June 4, 2020, and the *Joint Motion to Vacate the Status Conference set for June 9, 2020*, (Doc. 54), filed June 4, 2020. The Court, having reviewed the motions, hereby finds the *Order to Show Cause*, (Doc. 52), shall be **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE