**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JACOB SANCHEZ,

      Plaintiff,

v.                                                CV No. 19-196 RB/CG

ISAIAH BAKER, et al.,

      Defendants.

**ORDER VACATING TELEPHONIC STATUS CONFERENCE**

      **THIS MATTER** is before the Court on notice that this case has settled. *See* (Doc.

60). **IT IS THEREFORE ORDERED** that the telephonic Status Conference set for

Wednesday, October 7, 2020, is hereby **VACATED**.

      **IT IS SO ORDERED**.

                                      _____
                                      THE HONORABLE CARMEN E. GARZA
                                      CHIEF UNITED STATES MAGISTRATE JUDGE